UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER A. WILLIAMS, | § | |
| #19042243 | § | |
| | § | |
| *Petitioner,* | § | |
| v. | § | Civil Action No. 3:19-CV-2905-X-BH |
| | § | |
| LEW STERRECT, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 9], received on February 24, 2020, is **DISMISSED** for lack of jurisdiction, and the petitioner's non-habeas claims are **DISMISSED** without prejudice to seeking relief in a civil rights case.

A certificate of appealability (COA) is not required for a federal inmate to appeal the denial of relief under 28 U.S.C. § 2241.[1]  If the petitioner files a notice of

---

[1] *See Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005).

appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**IT IS SO ORDERED** this 16th day of June, 2021.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE